| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Orr | Telephone: (989) 895-5712 |
|---|---|---|
| | Special Agent: Paul Wade | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Devonte Raheem Thomas

Case No.   1:25-mj-30032
Judge: Morris, Patricia T.
Filed: 01-30-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 29, 2025   in the county of   Saginaw   in the   Eastern   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1). | possession of crystal methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Wade Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   January 30, 2025

_____
*Judge's signature*

City and state:   Bay City, Michigan      Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Paul Wade, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since September 2005. Prior to my employment with ATF, I was a state certified Police Officer in the State of Tennessee. I have conducted hundreds of investigations of narcotic and firearm offenses and have participated in scores of search warrants in such investigations, which have led to numerous arrests and prosecutions.

## PURPOSE OF AFFIDAVIT

3. The purpose of this affidavit is to establish probable cause that on January 29, 2025, in the Eastern District of Michigan, Devante Raheem THOMAS (DOB:

XX/XX/1992), was in possession of crystal methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause of violations of federal criminal offense, specifically 21 U.S.C. § 841(a)(1).

## **PROBABLE CAUSE**

5. On January 29, 2025, Troopers from the Michigan State Police were sitting on the northbound entrance ramp to I-75 in Birch Run, Michigan. The Troopers observed a gray Mazda CX-5 (tinted windows) with Michigan license plate ESP 4159 traveling northbound. The Troopers utilized their radar and clocked the Mazda CX-5 traveling 92 mph in a posted 70 mph zone. The troopers conducted a traffic stop on the vehicle.

6. The troopers made contact with the driver who was identified by his Michigan driver's license as Devante Raheem THOMAS. During the traffic stop, THOMAS gave the troopers consent to search his vehicle. At one point during the search, THOMAS rescinded his consent and the troopers stopped searching. One of the troopers assisting on the traffic stop was a K-9 unit. The troopers utilized his K-

9 partner to conduct a free air sniff of the vehicle. The K-9 gave a positive indication on the rear vehicle.

7. The troopers then began searching again and located a black plastic garbage bag that was knotted at the top inside the trunk area. Troopers opened the bag to find a second white plastic bag inside. The white bag was opened and the troopers located 10 individual plastic zip lock sandwich bags. Each bag contained suspected crystal methamphetamine.

8. THOMAS was placed under arrest and transported to the Michigan State Police Detachment in Bridgeport, Michigan. BAYANET Detectives met the troopers at the Detachment. THOMAS was read his Miranda warning and declined to talk about the traffic stop. THOMAS was transported to the Saginaw County Jail.

9. BAYANET Detectives transported the suspected crystal methamphetamine back to the BAYANET office to be processed. A TruNarc was used to test one the ten bags of suspected narcotics. It tested positive for Methamphetamine (scan 1022). Each bag was weighed and each bag weighed 451 grams (with packaging) for a total of 4,510 grams (approximately 9.9 pounds) with packaging. Based on my training and experience, I know that 4,510 grams of methamphetamine is significantly higher than a user amount of methamphetamine and is an amount consistent with distribution of methamphetamine.

10. The Mazda CX-5 was run in the Michigan Law Enforcement Information Network (LEIN), and it came back registered to Devante Raheem THOMAS. THOMAS information was run in LEIN and it showed the following felony convictions:

2010 – Felony Carjacking, Felony Firearm (x's 3), Felony Armed Robbery, Felony CCW, Felony Fleeing 3rd, and Felony Police Officer Assaulting/Resisting/Obstructing.

## **CONCLUSION**

11. Based upon the above information, probable cause exists to believe that on January 29, 2025, in the Eastern District of Michigan, Devante Raheem THOMAS, possessed with the intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1).

_____
Special Agent Paul Wade
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Hon. Patricia T. Morris
United States Magistrate Judge
Dated: January 30, 2025

4